1  Henry Reynolds
   P.O. Box 7443
2  Santa Monica, CA  90406
   Tel: (310) 393-7052
3  Fax: (815) 550-2266
   Email: henryfreynolds@gmail.com
4  CA Bar No. 158709

5  Attorney for Plaintiff
   LORETOGONZALES

6

7

8                **United States District Court**
                **Eastern District of California**
9                      **Fresno Division**

10

11 LORETOGONZALES            )
                             )  Case No.: 1:09cv1306-GSA
            Plaintiff,       )
12      vs.                  )
                             )
                             )  STIPULATION AND ORDER
13 MICHAEL J. ASTRUE         )  AWARDING EAJA ATTORNEY FEE.
   Commissioner of Social Security )
                             )
14          Defendant.       )
                             )

15

16      IT IS HEREBY STIPULATED by and between the parties through their

17 undersigned counsel, subject to the approval of the Court, that Plaintiff be

18 awarded attorney fees under the Equal Access to Justice Act (EAJA), in the

19 amount of FOUR THOUSAND TWO HUNDRED SIXTEEN dollars ($4,216).

20 This amount represents compensation for all legal services rendered on behalf of

Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, - S.Ct. - , 2010 WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Plaintiff's attorney pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted on December 13, 2010

DATED: December 15, 2010      /s/ Henry Reynolds
                              _____
                              Henry Reynolds
                              Attorney for Plaintiff
                              LORETOGONZALES


DATED: December 13, 2010      /s/ Armand Roth (Approved by email)
                              _____
                              Armand Roth
                              Assistant Regional Counsel
                              Attorney for Defendant
                              MICHAEL J. ASTRUE
                              Commissioner of Social Security

**ORDER**

Pursuant to the stipulation of the parties, Plaintiff's attorney is awarded $4,216.00 in attorney's fees subject to the limitations set forth in the above agreement.

IT IS SO ORDERED.

1 | Dated:   **December 15, 2010**                              **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE